IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. PALMOSINA, | ) | |
|     Plaintiff, | ) | Civil Action No. 14-326 |
| | ) | |
| vs. | ) | Magistrate Judge Robert C. Mitchell/ |
| | ) | District Judge Cathy Bissoon |
| THE CITY OF PITTSBURGH, | ) | |
| GUY COSTA, WILLIAM PEDUTO | ) | |
| and WILLIAM ACKLIN, | ) | |
|     Defendants. | ) | |

**O R D E R**

AND NOW this 21st day of July, 2015, after the Court having ordered the parties to show cause as to why this case should not be administratively closed pending the parties filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41, and the parties having not responded to the order to show cause, and it appearing that there is no further action required by the court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed pending the parties filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered, and,

All hearings and deadlines in this case are cancelled and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

IT IS SO ORDERED.

                                                  s\Cathy Bissoon_____
                                                  Cathy Bissoon
                                                  United States District Judge

cc: All parties of record *via CM/ECF electronic filing*