IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. PALMOSINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF PITTSBURGH,<br><br>　　　　and<br><br>GUY COSTA, both his official capacity as the Director of Operations, and in his individual capacity,<br><br>　　　　and<br><br>WILLIAM PEDUTO, both in his official capacity as the Mayor of the City of Pittsburgh and in his individual capacity,<br><br>　　　　and<br><br>WILLIAM ACKLIN, both in his official capacity as the Chief of Staff within the Office of the Mayor of the City of Pittsburgh and in his individual capacity,<br><br>　　　　　Defendants. | C.A. No. 14-326<br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

AND NOW come the parties by and through their respective counsel and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon the agreed upon settlement of the Plaintiff's claims against the Defendants named herein.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

/s/ Timothy P. O'Brien　　　　　　　　　　　　　/s/ Michael E. Kennedy
Timothy P. O'Brien, Esquire　　　　　　　　　　Michael E. Kennedy, Esquire
PA I. D. #22104　　　　　　　　　　　　　　　　PA I.D. #52780
1705 Allegheny Building　　　　　　　　　　　　City of Pittsburgh Department of Law
429 Forbes Avenue　　　　　　　　　　　　　　313 City-County Building

Pittsburgh, PA 15219  Pittsburgh, PA  15219
Attorney for Plaintiff  Attorney for Defendants
tpob@obrien-law.net  michael.kennedy@pittsburghpa.gov

## **ORDER**

AND NOW, this _____ day of _____, 2015, IT IS SO ORDERED.

_____
United States District Judge